UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP PATINO,

          Plaintiff,

    v.

MINH-DUC PHAM, et al.,

          Defendants.

Case No. 26-cv-04026-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Phillip Patino's claims arise from events that occurred at Coalinga State Hospital, which lies within the Eastern District of California. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 5, 2026



WILLIAM H. ORRICK
United States District Judge

<div style="writing-mode: vertical-rl">United States District Court
Northern District of California</div>