UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PATINO, | Case No.: 1:26-cv-03481-JLT-EGC (PC) |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| MINH-DUC PHAM, et al., | (Doc. 8) |
| Defendants. | |

Plaintiff Phillip Patino, a civil detainee, is appearing pro se in this civil rights action.

On May 7, 2026, the undersigned issued Findings and Recommendations to deny Plaintiff's application to proceed *in forma pauperis*. (Doc. 7.) Plaintiff was directed to file any objections within 14 days. (*Id*. at 3-4.)

On May 26, 2026, Plaintiff filed a letter[1] directed to the undersigned, docketed by the Clerk of the Court as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii). (Doc. 8.) Plaintiff states: "Due to circumstances etc. etc. I request that you dismiss my case without prejudice so that I may file at a later time. I would appreciate it and thank you very much." (*Id*.)

The Court construes Plaintiff's filing to be a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i) and (B) of the Federal Rules of Civil Procedure, as Defendants have not served or filed "an answer or a motion for summary judgment."

---

[1] The letter is dated and signed May 19, 2026.

**CONCLUSION AND ORDER**

Accordingly, given the above, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i) & (B). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2